# UNITED STATES DISTRICT COURT
## District of Minnesota

*RESPOND TO:*

( x )  U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN  55101     Phone (651) 848-1100

( o )  U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN  55415     Phone (612) 664-5000

(   )  U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN  55802     Phone (218) 529-3500

| DATE:   June 6, 2003 | CIVIL FILE NUMBER:   03-3378 RHK/AJB |
|---|---|
| **CASE TITLE:**   Homisch v Erjavec | |

| | |
|---|---|
| x | The above entitled action was:  ( x ) removed from county court   (  ) transferred from another district, and filed in  (  ) Minneapolis  ( x ) St. Paul  (  ) Duluth, on  6/9/03  assigned to Judge Kyle   and Magistrate Judge  Boylan<br>Please direct future filings to the office indicated at top of this form. |
|   | The above entitled action was filed in this court on _____, assigned to Judge _____ and referred to U. S. Magistrate Judge _____ The file will be maintained at the Clerk's office in the District of Minnesota in _____<br>Please note this information for future reference.<br>cc to: |
|   | LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS: Discovery documents are returned pursuant to Local Rule. |
|   | A certified copy of the Order of Remand is enclosed. |
|   | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed _____ A certified copy of the order and docket entries are included, along with the original court file.  Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
|   | A Bill of Costs is to be submitted on a form as provided by the court.  Form AO133 and instructions for completion are attached. |
|   | Your original documents are returned. <u>Copies</u> of state court documents were submitted when the action was removed to this court. |
|   | OTHER: |

Deputy Clerk:
_____
Vickie

K:\XFR\forms\civil\Cklist.frm                                    Modified 1/04/03